### Roger PHILLIPS, Appellant

v.

### PENNSYLVANIA BOARD OF PROBATION & PAROLE, et. al., Pennsylvania Department of Corrections, et. al., Appellees.

Supreme Court of Pennsylvania.

Feb. 2, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, the order appealed is affirmed.

### CAL HEIDELBERG, Appellant

v.

### PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 2, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of February, 2004, the above appeal is quashed for failure to file a conforming jurisdictional statement. Rule 909(d), Pa.R.A.P.

### Timmy JOHNSON, Appellant

v.

### Thomas LAVAN, Superintendent of State Correctional Institution Dallas; Jeffrey Beard, Commissioner, Department of Corrections; William F. Ward, Chairman, Pennsylvania Board of Probation Parole, et. al., Appellees.

Supreme Court of Pennsylvania.

Feb. 6, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of February, 2004, the order of the lower court is affirmed.